# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Mesa Airlines, Inc. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff | ) | CV 11-2106-PHX-JAT |
| | ) | |
| v. | ) | |
| | ) | |
| Air Line Pilots Association International | ) | |
| | ) | |
| Defendant. | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 14, 2012, judgment is hereby entered for Defendant on Defendant's Counterclaim and Confirming the Arbitrator's Award. This action is hereby terminated.

                                                BRIAN D. KARTH
                                                District Court Executive/Clerk

September 17, 2012

                                                s/Tammy Johnson
                                                By: Deputy Clerk

cc: (all counsel)